UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ARMANDO JOSE ACOSTA HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26 CV 284 RWS |
| | ) | |
| | ) | |
| GARY STOLZER, Warden of St. Genevieve Detention Center, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

On November 16, 2026, Petitioner Armando Jose Acosta Hernandez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Hernandez is currently being detained at the St. Genevieve Detention Center under the authority of the United States Immigration and Customs Enforcement agency. Henandez's petition fails to state a ground that supports his claim he is being held in violation of the Constitution. Paragraph 13 of his petition requires that he state a ground / reason to support his claim. The only information completed in that section is under "supporting facts" which refers to, in Spanish, a notice of an in-person hearing by the Office for Immigration Review, File # 244-857-789. Hernandez attached that notice to his petition. The notice states that he has an in-person hearing before an immigration court on April 14, 2027 in Dallas, Texas.

Hernandez's petition does not provide any other information. As a result, Hernandez shall an amended petition that states when and where he was detained, his legal status, his country of origin, the reason he believes that he is being detained illegally, and the relief he seeks (for example - he seeks a bond hearing). Moreover, his amended petition should be submitted in English to avoid any misinterpretation.

I will direct the Clerk of Court to send Hernandez a blank Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. Hernandez must submit an amended petition no later than December 22, 2026 or his case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Armando Jose Acosta Hernandez shall submit an amended petition **no later than December 22, 2026**. If he fails to do so this case will be dismissed without prejudice with no further notice.

**IT IS FURTHER ORDERED that** the Clerk of Court shall mail to Hernandez a blank Petition for a Writ of Habeas Corpus Under 28. U.S.C. § 2241 along with this order.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of November, 2026.